# BOYD | RICHARDS

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J. 1/6/2020

The initial pretrial conference scheduled in this matter is hereby adjourned to February 21, 2020 at 11:30 a.m. The joint status letter and case management plan shall be filed by February 14, 2020.

<u>*Via ECF*</u>
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

      Re:   *DeLaCruz v. Aroma NY, LLC and 3A Cafe, LLC*
            Case No.:   19 CV 07434

Dear Judge Broderick:

      This firm represents defendant Aroma NY, LLC ("Aroma"), in the above-referenced matter. I am the principal trial attorney handling the matter in the firm.

      Today, the Court scheduled an initial pretrial conference for January 16, 2020 at 2:30 p.m. However, I will be out of town on business from January 15th and not returning until January 18th and cannot attend the conference. With the consent of plaintiff's counsel, I respectfully request an adjournment of the conference to any of the following dates that would be acceptable for the Court: January 28th, February 17th, February 20th or February 21st. With respect to February 20th, I ask that the Court schedule the conference in the morning as I have another appearance on that date in the afternoon.

      This is the first request for an adjournment. No other dates are affected.

                                                         Respectfully,

                                                        *Gary Ehrlich*

                                                        Gary Ehrlich

cc:   Jeffrey M. Gottlieb, Esq.
        *(via ECF)*

**BOYD RICHARDS**

___

**MIAMI**
100 S.E. Second Street, Suite 2600
Miami, Florida 33131
Tel: 786-425-1045 Fax: 786-425-3905

**FT. LAUDERDALE**
1600 W. Commercial Boulevard, Suite 201
Fort Lauderdale, Florida 33302
Tel: 954-848-2460 Fax: 954-848-2470

**TAMPA**
400 N. Ashley Drive, Suite 1150
Tampa, Florida 33602
Tel: 813-223-6021 Fax: 813-223-6024

**WEST PALM BEACH**
824 U.S. Highway One, Suite 100
North Palm Beach, Florida 33408
Tel: 561-624-8233 Fax: 561-624-8940

**NEW YORK**
1500 Broadway, Suite 505
New York, New York 10036
Tel: (212) 400-0626