# BOYD | RICHARDS

1500 Broadway, Suite 505<br>
New York, New York 10036<br>
Main: 212-400-0626<br>
www.boydlawgroup.com

March 24, 2020

Via ECF
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

          **Re:**    *DeLaCruz v. Aroma NY, LLC and 3A Cafe, LLC*
                 **Case No.:**    19 CV 07434

Dear Judge Broderick:

      This firm represents defendant Aroma NY, LLC ("Aroma"), in the above-referenced matter.

      Due to the existing circumstances surrounding COVID-19, both parties respectfully request that submission of the Case Management Plan, which was due March 13, 2020, be adjourned *sine die*. Alternatively, the parties propose that the action be stayed for a period of ninety (90) days.

      This is the first request for an adjournment of the Case Management Plan. No other dates are affected.

      Thank you for your courtesies in this matter.

Application granted in part. The parties represented at the February 21, 2020 initial pretrial conference that they had made progress on settlement discussions, which is why the Court postponed discovery in this case. The parties are directed to meet and confer regarding a possible settlement in this case and to file a joint status update no later than April 30, 2020. Should the parties not come to an agreement on settlement, the parties are directed to file a joint letter and proposed case management plan and scheduling order no later than June 30, 2020.

Respectfully,

*Gary Ehrlich*

Gary Ehrlich

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK  3/26/2020
UNITED STATES DISTRICT JUDGE